# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**AUBREY E. HENRY,**

    Plaintiff,

v.                                             **CIVIL ACTION NO. 3:96-CV-40 (BAILEY)**

**JEFFERSON COUNTY PLANNING COMMISSION, et al.,**

    Defendant,

and

**AUBREY E. HENRY,**

    Plaintiff,

v.                                             **CIVIL ACTION NO. 3:99-CV-25 (BAILEY)**

**THE STATE OF WEST VIRGINIA,**

    Defendant.

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE

This matter is now before the Court for consideration of defense counsel's Supplemental Motion For Leave to Withdraw and Substitute [Doc. No. 152], filed on December 26, 2007. In support of the Motion, counsel Michael D. Lorensen states that he has handled this case through the appeal process which concluded on April 7, 2003. In the intervening time since the appeal concluded, Mr. Lorensen's firm has taken a case adverse to the interests of the Jefferson County Planning Commission, and can no longer represent the Commission. Mr. Lorensen seeks permission to withdraw and substitute Tamara J. DeFazio as counsel. Ms. DeFazio indicates she is willing to represent the Commission.

After review, the Court finds good cause to **GRANT** the Motion [Doc. No. 152]. Therefore, Michael Lorensen is hereby **REMOVED** as counsel for the Jefferson County Planning Commission, and Tamara J. DeFazio is **SUBSTITUTED** as counsel for the Commission.

It is so **ORDERED**.

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

**DATED:** January 11, 2008

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE